CJ-15-3732
Swinton

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUL 7 2015

TIM RHODES
COURT CLERK

| | |
|---|---|
| LOTUS JONES, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: CJ-2015-31 |
| TRAVELERS INSURANCE COMPANY, | ) |
| Defendant. | ) |

CJ-2015-3732

## PETITION

Plaintiff, for her cause of action against Defendant, states:

1. While Defendant, Travelers Insurance Company had in force its policy insuring Plaintiff for Uninsured/Underinsured Motorist Coverage, Plaintiff suffered serious injuries from a car wreck on October 28th, 2013.

2. The tortfeasor at fault in causing this wreck had inadequate liability insurance limits (was uninsured) to pay the damages incurred as a result of the injuries Plaintiff suffered.

3. Travelers Insurance Company has in bad faith refused to pay its policy limit. A settlement demand was made by Plaintiff on April 9th, 2015.

**Wherefore,** Plaintiff prays judgment against Defendant in the amount of $100,000.00 on the contract claim, an amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code on the tort claim, costs, and all other relief deemed appropriate by the court.

Respectfully submitted,

Clayton T. Hasbrook, OBA # 22169
HASBROOK & HASBROOK
400 N. Walker Avenue, Suite 130
Oklahoma City, OK 73102
405-235-1551 / 405-367-0900 - facsimile
Email: cth@hasbrooklaw.com
***ATTORNEYS FOR PLAINTIFF***

Ex. 1