IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) LOTUS JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CIV-15-838-R |
| | ) | |
| (1) THE TRAVELERS INDEMNITY COMPANY d/b/a TRAVELERS INSURANCE COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff, Lotus Jones, and Defendant, The Travelers Indemnity Company d/b/a Travelers Insurance Company, by and through their undersigned counsel, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its/her own costs and fees. The parties request that the Clerk of Court now close this case.

Respectfully submitted,

/s/ Clayton T. Hasbrook
Clayton T. Hasbrook, OBA #22169
HASBROOK & HASBROOK
400 N. Walker Avenue, Suite 130
Oklahoma City, OK 73102
Phone: 405-235-1551
Fax: 405-367-0900
cth@hasbrooklaw.com
ATTORNEY FOR PLAINTIFF

/s/ Thomas A. Paruolo
Thomas A. Paruolo, OBA #18442
Carolyn S. Smith, OBA #22344
NELSON TERRY MORTON DeWITT

                                                          PARUOLO & WOOD
                                                          P.O. Box 138800
                                                          Oklahoma City, OK 73113
                                                          Phone: 405-705-3600
                                                          Fax: 405-705-2573
                                                          tom@ntmdlaw.com
                                                          csmith@ntmdlaw.com
                                                          ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

       This is to certify that on the 31st day of July, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Thomas A. Paruolo, OBA #18442
Carolyn S. Smith, OBA #22344
NELSON TERRY MORTON DeWITT
PARUOLO & WOOD
P.O. Box 138800
Oklahoma City, OK 73113
Phone: 405-705-3600
Fax: 405-705-2573
tom@ntmdlaw.com
csmith@ntmdlaw.com
ATTORNEYS FOR DEFENDANT

                                                          /s/ Clayton T. Hasbrook